1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13

| | |
|---|---|
| OLIVIA REFUGIO CISNEROS DE RIOS ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security. ) <br> ) <br> Defendant. ) | Case No.: 1:16-cv-01775-GSA <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

14

15  Based upon the stipulation of the parties (Doc. 13), Plaintiff shall file her
16  opening brief no later than **August 18, 2017**.  All other deadlines set forth in the
17  November 23, 2016 Scheduling Order (Doc. 5) shall be extended accordingly.
18  IT IS SO ORDERED.

19    Dated:  **July 21, 2017**                  /s/ Gary S. Austin
20                                  UNITED STATES MAGISTRATE JUDGE
21  _____

22
23
24
25
26